# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMBER LANCASTER, BRENDA GEIGER, IESHA MARIE CRESPO, MONICA LEIGH, SANDRA VALENCIA, and TIFFANY TOTH GRAY, | ) ) ) ) ) |
| Plaintiffs, | ) No. 2:25-cv-02467-SHL-tmp |
| v. | ) ) |
| LA FOGATA, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed April 29, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 20), filed November 13, 2025, Plaintiffs' claims against Defendant La Fagota, Inc., in this matter are hereby **DISMISSED WITH PREJUDICE**. Statutory court costs are assessed against Plaintiffs, for which execution may issue.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 14, 2025
Date